IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | No. C 10-1803 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CARMINA BASTO, *et al.*, | |
| Defendants. | |

Judgment in the amount of $5,800 is entered in favor of plaintiff and against defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 14, 2011

SUSAN ILLSTON
United States District Judge